**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

J.J.R.J.,                                                    :
                                                             :
          Petitioner,                             :
                                                             :
v.                                                           :        Case No. 4:26-cv-605-CDL-AGH
                                                             :                28 U.S.C. § 2241
Warden, STEWART DETENTION                                    :
CENTER, *et al.*,                                            :
                                                             :
          Respondents.                            :

_____

**<u>ORDER</u>**

On April 14, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a)(2) and the applicable regulations (ECF No. 3).  On May 19, 2026, Petitioner filed a motion to enforce the Court's judgment, alleging that the bond hearing Petitioner received was "not constitutionally sufficient."  Mot. to Enforce J. 2, ECF No. 7.

Other petitioners have made similar allegations regarding their bond hearings and filed motions to enforce judgment or court orders.  In order to expedite consideration of those motions, the Court consolidated them into one case.  *See R.R.C. v. Streeval*, 4:25-cv-525-CDL-CHW.  It is unclear to the Court whether Petitioner is making the same assertions as argued in *R.R.C.*  Thus, Petitioner shall review the attached consolidation order and determine whether Petitioner intends for the Court to construe his motion as one to enforce judgment and to consolidate this case into

*R.R.C.* Petitioner shall have **SEVEN (7) DAYS** to file a notice to consolidate this case into *R.R.C.* if she wishes to do so, at which time the Clerk's office shall consolidate this case accordingly. If Petitioner does not wish to consolidate, then she shall file a notice with the Court indicating such, and the Court will set a briefing schedule.

**SO ORDERED**, this 9th day of June, 2026.

s/ *Amelia G. Helmick*

UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| R.R.C., et al., | * | CASE NOS. 4:25-CV-525 (CDL) |
| | | 4:25-cv-527 (CDL) |
| Petitioners, | * | 4:26-cv-073 (CDL) |
| | | 4:26-cv-076 (CDL) |
| vs. | * | 4:26-cv-098 (CDL) |
| | | 4:26-cv-163 (CDL) |
| WARDEN, STEWART DETENTION | * | 4:26-cv-176 (CDL) |
| CENTER, et al., | | 4:26-cv-226 (CDL) |
| | * | 4:26-cv-249 (CDL) |
| Respondents. | | 4:26-cv-266 (CDL) |
| | * | 4:26-cv-271 (CDL) |

O R D E R

Petitioners are detainees at the Stewart Detention Center awaiting removal proceedings. The Court previously ordered Respondents to provide Petitioners with bond hearings to determine if each Petitioner may be released on bond under 8 U.S.C. § 1226(a) and the applicable regulations. Petitioners assert that an immigration law judge failed to provide them with constitutionally adequate bond hearings, and each Petitioner filed a motion to enforce judgment.

The above captioned cases involve common questions of law and fact. Therefore, they are consolidated pursuant to Federal Rule of Civil Procedure 42. The lead case shall be 4:25-CV-525 (CDL), and all future filings, including Petitioners' forthcoming motion for discovery and Respondents' response to that motion, should be filed only in that case.

For any additional cases that raise common questions of law and fact because of a similar motion to enforce judgment based on an immigration judge's alleged failure to provide a constitutionally adequate bond hearing, counsel for the petitioner shall file a notice in that case stating that it should be consolidated into this action.  Upon receipt of such a notice, the Clerk shall consolidate the action into this action.

IT IS SO ORDERED, this 24th day of February, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA